En el Tribunal Supremo de Puerto Rico

| In re: | |
|---|---|
| Pilar Ballester Morales (6,263)<br>Humberto Díaz Ponce de León(1,044<br>John Fuentes Borrero (6,478)<br>Héctor González López (4,111)<br>Rafael Medina Zerpa (7,348)<br>Leyda Ortiz Santiago (10,922)<br>Carlos G. Ramírez Cintrón (6,960)<br>Alfonso Ramos Torres (11,460)<br>Isabel Ríos Duchesne (2,942)<br>Néstor Ruiz Díaz (3,406)<br>Ytmar Santiago Gabriel (8,293)<br>Héctor Segarra Irizarry (2,876)<br>Carlos A. Vallecillo Vives (3,771)<br>Norma Villanueva Díaz (7,802)<br><br>     Querellados | Querella<br><br>99TSPR63 |

Número del Caso: 6,263 y otros

Abogados de la Parte Peticionaria: Lic. Mady Pacheco García de la Noceda
Directora Ejecutiva
Colegio de Abogados

Abogados de la Parte Recurrida:

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 4/23/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

|  | Querella sobre |
|---|---|
| Pilar Ballester Morales (6,263) | suspensión del |
| Humberto Díaz Ponce de León (1,044) | ejercicio de la |
| John Fuentes Borrero (6,478) | profesión de la |
| Héctor González López (4,111) | abogacía |
| Rafael Medina Zerpa (7,348) | |
| Leyda Ortiz Santiago (10,922) | |
| Carlos G. Ramírez Cintrón (6,960) | |
| Alfonso Ramos Torres (11,460) | |
| Isabel Ríos Duchesne (2,942) | |
| Néstor Ruiz Díaz (3,406) | |
| Ytmar Santiago Gabriel (8,293) | |
| Héctor Segarra Irizarry (2,876) | |
| Carlos A. Vallecillo Vives (3,771) | |
| Norma Villanueva Díaz (7,802) | |

RESOLUCION

NUNC PRO TUNC

San Juan, Puerto Rico, a 23 de abril de 1999.

El 12 de marzo de 1999, decretamos la suspensión del licenciado Santana Jiménez por falta de pago de las cuotas de colegiación así como por no responder a las órdenes de este Tribunal.

Sin embargo, al ser diligenciada la sentencia de suspensión por el Alguacil, los familiares del licenciado Santana Jiménez informaron que éste había fallecido el 3 de marzo de 1999, entregando copia del acta de defunción que obra en los autos.

En vista de lo anterior, enmendamos *"nunc pro tunc"* la Sentencia de 12 de marzo de 1999 en lo referente al licenciado Santana Jiménez, cuyo nombre se elimina del epígrafe del Per Curiam emitido en dicha fecha.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo